**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | Case No. 1:15-cv-01380-SMS |
| Plaintiff, | ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT |
| v. | |
| VALLEY CONNECTION LIMITED LIABILITY COMPANY, as an entity, and doing business as "Carl's Jr. #1100355," NEAL F. FROST, JR., and DOES 1-10, inclusive, | (Doc. 9) |
| Defendants. | |

Based upon the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendants shall have an extension of time, up to and including December 10, 2015, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **November 13, 2015**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE