**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALLEY CONNECTION LIMITED LIABILITY COMPANY, as an entity, and doing business as "Carl's Jr. #1100355," NEAL F. FROST, JR., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:15-cv-01380-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 14) |

　　On December 15, 2015, Plaintiff filed a notice of voluntary dismissal, with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Because Defendants have not served an answer or a motion for summary judgment, this case has terminated.

　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

　Dated:　**December 23, 2015**　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE